## Commonwealth *v.* Drummond, Appellant.

Argued June 12, 1970. *W. Bourne Ruthrauff,* with him *Tate & Ervin,* for appellant; *James T. Owens,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Dwyer, Appellant.

Submitted June 8, 1970. *A. Richard Caputo, Paul R. Mahler,* and *Shea & Shea,* for appellant; *Jerry B. Chariton,* Assistant District Attorney, *Charles D. Lemmond, Jr.,* First Assistant District Attorney, and *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.